UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TWIN CITIES BAKERY WORKERS HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TAP PHARMACEUTICAL PRODUCTS, INC., ABBOTT LABORATORIES, INC., and TAKEDA CHEMICAL INDUSTRIES, LTD.,

Defendants.

Civil No. 01 2023 DWF/AJB

**STIPULATED ORDER TO STAY PROCEEDINGS**

---

Plaintiff Twin Cities Bakery Workers Health and Welfare Fund, and defendants TAP Pharmaceutical Products, Inc. and Abbott Laboratories, by their respective counsel, agree and stipulate that all proceedings in this action, including the service and filing of answers and responsive motions, shall be stayed until such date that is thirty (30) days following the date on which the Judicial Panel on Multidistrict Litigation files its decision on the defendants' motion to transfer and consolidate cases in *In re Lupron® Marketing and Sales Practices Litigation*, MDL Docket No. 1430.

***Agreed to:***

Dated: November 21, 2001

HEINS MILLS & OLSON, P.L.C.

By ______________________

Samuel D. Heins
Daniel E. Gustafson
Brian L. Williams
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Tel: 612-338-4605
Fax: 612-338-4692

*Attorneys for Plaintiff*

NOV 26 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: November 21, 2001

FAEGRE & BENSON, LLP

By [signature]
Jerry W. Snider
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minneapolis 55402
Tel: 612-766-7000
Fax: 612-766-1600

*Attorneys for Defendant*
*TAP Pharmaceutical Products, Inc.*

Dated: November 21, 2001

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By [signature]
Donald M. Lewis
Jacqueline M. Moen
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402
Tel: 612-338-1838
Fax: 612-338-7858

*Attorneys for Defendant*
*Abbott Laboratories*

***So Ordered:***

Dated: November 26th, 2001

[signature]
United States Magistrate Judge