421174

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2023 (AJB / DWF) **Case Title:** Twin Cities Bakery Workers v. TAP Pharmaceuticals, et al.

**Affidavit of Movant**

I, Daniel E. Gustafson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kenneth A. Wexler, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Twin Cities Bakery Workers in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 202241 Date: 11/28/01

**Affidavit of Proposed Admittee**

I, Kenneth A. Wexler, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Kenneth A. Wexler Signature: [signature] Date: 11-26-01

Attorney License Number: 3127810

Law Firm Name & Address: Kenneth A. Wexler and Associates
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602

Telephone: ( ) (312) 346-2222

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: NOV 29 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______