**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Twin Cities Bakery Workers Health and Welfare Fund, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TAP Pharmaceutical Products Inc., Abbott Laboratories, and Takeda Chemical Industries, Ltd.,

Defendants.

Civil No. 01 2023 DWF/AJB

**AMENDED STIPULATED ORDER TO STAY PROCEEDINGS**

Plaintiff Twin Cities Bakery Workers Health and Welfare Fund and defendants TAP Pharmaceutical Products Inc. and Abbott Laboratories, by their respective counsel, agree and stipulate that all proceedings in this action, including the service and filing of answers and responsive motions, shall be stayed until such date that is thirty (30) days following the date on which the Judicial Panel on Multidistrict Litigation decides whether to transfer and consolidate this case with *In re Lupron® Marketing and Sales Practices Litigation*, MDL Docket No. 1430, pending in the United States District Court for the District of Massachusetts.

JAN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**Agreed to:**

Dated: January 16, 2002

**HEINS MILLS & OLSON, P.L.C.**

Samuel D. Heins
Daniel E. Gustafson
Brian L. Williams
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Fax: (612) 338-4692

**Attorneys for Plaintiff**

Dated: January 16, 2002

**FAEGRE & BENSON LLP**

Jerry W. Snider (#102945)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-3000
Fax: (612) 766-1600

**Attorneys for Defendant TAP Pharmaceutical Products Inc.**

Dated: January 16, 2002

**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**

Donald M. Lewis
Jacqueline M. Moen
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

**Attorneys for Defendant Abbott Laboratories**

**So Ordered:**

Dated: January 17th, 2002

United States Magistrate Judge

M2:20436548.01