A CERTIFIED TRUE COPY

JUL 22 2002

ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB - 5 2002

FILED
CLERK'S OFFICE

*DOCKET NO. 1430*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE LUPRON MARKETING AND SALES PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)* 01-2023 DWF/AJB MN

*CONDITIONAL TRANSFER ORDER (CTO-1)*

1:02-11511-RGS MA

On December 17, 2001, the Panel transferred one civil action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Richard G. Stearns.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Stearns.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of December 17, 2001, and, with the consent of that court, assigned to the Honorable Richard G. Stearns.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 21 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY ATTEST AND CERTIFY ON 7/25/02 THAT THE FOREGOING DOCUMENT IS A FULL TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BY: [signature]
DEPUTY CLERK

7

Date: August 01, 2002 LOWELL dl

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-02023 TC Bakery Workers v. TAP Pharmaceuticals

DOCKET ENTRY

CONDITIONAL TRANSFER ORDER (Judicial Panel on Multidistrict Litigation / 2/21/02) transferring case to the District of Massachusetts, Boston Office, per the MDL panel, termination notice (tag-along case to MDL 1430) MA No. 1:02cv11511-RGS 1pg(s) (cc: all counsel) Mailed entire clerk's file, by certified mail, to the Clerk's Office, U.S. District Court for the District of Massachusetts, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL